# EXHIBIT E

# Wargo & French LLP
1170 Peachtree Street N.E.
Suite 2020
Atlanta, GA 30309

Telephone (404) 853-1500  Fax (404) 853-1501
Federal Tax I.D. 02-0699924

Remit To: Agnes Bridges

April 30, 2008
Invoice #       8349

WCI Communities, Inc.
Attn:  Christine Green, Esq.
24301 Walden Center Drive
Bonita Springs, Fl 34134

Re: Dolphin, LLC
I.D. 230-00002- DMP

For Services Rendered Through April 30, 2008

| | |
|---|---|
| Previous Balance | 45,804.54 |
| Net Payments | <13,919.40> |
| Balance Forward | 31,885.14 |

| | | |
|---|---|---|
| Current Fees | 7,960.00 | |
| Current Disbursements | 42.70 | |
| Total Current Due | | 8,002.70 |
| Balance Due This Invoice | | 8,002.70 |
| Total Balance Due | | 39,887.84 |

| Timekeeper | Hours | Rate/Hour | Amount |
|---|---|---|---|
| Joseph S. Carr | 1.0 | 310.00 | 310.00 |
| David M. Pernini | 20.4 | 375.00 | 7,650.00 |
| Totals | 21.4 | | 7,960.00 |

# Wargo & French LLP

April 30, 2008

WCI Communities, Inc.
Re: Dolphin, LLC
I.D. 230-00002- DMP

| Date | Description of Services | Atty | Hours | Amount |
|------|------------------------|------|-------|--------|
| 04-02-08 | Review and analyze response to motion for fees; research caselaw cited in same | DMP | 1.3 | 487.50 |
| 04-03-08 | Research and prepare response to motion for fees of plaintiff; review and analyze response of plaintiffs to motion for fees; telephone conference with opposing counsel regarding extension issues | DMP | 2.5 | 937.50 |
| 04-04-08 | Review and revise opposition to plaintiff's motion for attorneys' fees | JSC | 0.4 | 124.00 |
| 04-04-08 | Prepare and revise brief in opposition to motion for fees; prepare correspondence to client regarding same | DMP | 1.3 | 487.50 |
| 04-07-08 | Finalize and file response to motion for fees; prepare motion for extension; telephone conference with client regarding same and mediation | DMP | 1.3 | 487.50 |
| 04-15-08 | Prepare reply brief in support of motion for attorneys' fees | DMP | 0.6 | 225.00 |
| 04-17-08 | Research for additional caselaw on recovery of attorneys fees in statutory actions; prepare reply | | | |

# Wargo & French LLP

WCI Communities, Inc.
Re: Dolphin, LLC
I.D. 230-00002- DMP

| Date | Description of Services | Atty | Hours | Amount |
|------|------------------------|------|-------|--------|
| | brief in support of motion for attorneys's fees | DMP | 2.5 | 937.50 |
| 04-18-08 | Review and revise reply brief in support of motion for attorneys' fees | JSC | 0.6 | 186.00 |
| 04-18-08 | Prepare and revise reply brief in support of motion for attorneys fees | DMP | 2.5 | 937.50 |

|                | ----- | ------------ |
|----------------|-------|--------------|
| Total Fees     | 21.4  | 7,960.00     |

| Disbursement Description | Amount |
|--------------------------|--------|
| Courier                  | 32.90  |
| Photocopies              | 9.80   |
| Total Disbursements      | 42.70  |

# Wargo & French LLP
1170 Peachtree Street N.E.
Suite 2020
Atlanta, GA 30309

Telephone (404) 853-1500  Fax (404) 853-1501
Federal Tax I.D. 02-0699924

Remit To: Agnes Bridges

March 31, 2008
Invoice #      8140

WCI Communities, Inc.
Attn:  Christine Green, Esq.
24301 Walden Center Drive
Bonita Springs, Fl 34134

Re: Dolphin, LLC
I.D. 230-00002- DMP

For Services Rendered Through March 31, 2008

| | |
|---|---:|
| Previous Balance | 40,085.72 |

| | | |
|---|---:|---:|
| Current Fees | 4,012.50 | |
| Current Disbursements | 1,706.32 | |
| Total Current Due | | 5,718.82 |
| Balance Due This Invoice | | 5,718.82 |
| Total Balance Due | | 45,804.54 |

| Timekeeper | Hours | Rate/Hour | Amount |
|---|---|---|---:|
| David M. Pernini | 10.7 | 375.00 | 4,012.50 |
| Totals | 10.7 | | 4,012.50 |

# Wargo & French LLP

WCI Communities, Inc.
Re: Dolphin, LLC
I.D. 230-00002- DMP

| Date | Description of Services | Atty | Hours | Amount |
|------|-------------------------|------|-------|--------|
| 03-11-08 | Research for caselaw regarding recovery of attorneys fees; telephone call to client regarding same | DMP | 0.6 | 225.00 |
| 03-13-08 | Telephone conference with opposing counsel regarding attorneys fees issue; prepare correspondence to client regarding same; prepare motion for attorneys fees | DMP | 1.2 | 450.00 |
| 03-14-08 | Prepare correspondence to opposing counsel regarding bifurcation issue; prepare motion to bifurcate; research jurisdiction of trial court after docketing of notice of appeal; revise motion for attorneys' fees | DMP | 2.3 | 862.50 |
| 03-17-08 | Revise motion for attorneys fees; review and analyze order from court on bifurcation issue; research for additional 11th circuit or Florida law on awarding attorneys fees under contractual provision when cause of action is based on federal statute | DMP | 2.6 | 975.00 |
| 03-19-08 | Revise and file motion for attorneys fees; telephone conference with local counsel regarding same; prepare motion to dismiss appeal; research bill of costs issues; prepare correspondence to client regarding matters; telephone conference with client regarding strategy | DMP | 2.2 | 825.00 |
| 03-21-08 | Review and analyze plaintiff's motion for fees; prepare | | | |

# Wargo & French LLP

WCI Communities, Inc.
Re: Dolphin, LLC
I.D. 230-00002- DMP

| Date | Description of Services | Atty | Hours | Amount |
|------|------------------------|------|-------|--------|
| | correspondence to client regarding same; research caselaw cited by Plaintiff | DMP | 0.5 | 187.50 |
| 03-24-08 | Prepare corporate notice for appeal; research motion practice | DMP | 0.4 | 150.00 |
| 03-28-08 | Review draft settlement proposal; revise same | DMP | 0.3 | 112.50 |
| | Total Fees | | 10.7 | 4,012.50 |

| Date | Disbursement Description | Amount |
|------|------------------------|--------|
| 03-24-08 | Document Cost; Trial Graphix | 1,701.92 |
| | Photocopies | 4.40 |
| | Total Disbursements | 1,706.32 |

# Wargo & French LLP
1170 Peachtree Street N.E.
Suite 2020
Atlanta, GA 30309

Telephone (404) 853-1500  Fax (404) 853-1501
Federal Tax I.D. 02-0699924

Remit To: Agnes Bridges

February 29, 2008
Invoice #      8057

WCI Communities, Inc.
Attn:  Christine Green, Esq.
24301 Walden Center Drive
Bonita Springs, Fl 34134

Re: Dolphin, LLC
I.D. 230-00002- DMP

For Services Rendered Through February 29, 2008

Previous Balance                                       26,166.32
                                                     ------------

Current Fees                          13,746.50

Current Disbursements                    172.90
                                      ------------
Total Current Due                                      13,919.40
                                                     ------------
Balance Due This Invoice                               13,919.40
                                                     ============
Total Balance Due                                      40,085.72

| Timekeeper | Hours | Rate/Hour | Amount |
|---|---|---|---|
| Joseph S. Carr | 1.4 | 310.00 | 434.00 |
| David M. Pernini | 35.5 | 375.00 | 13,312.50 |
| Totals | 36.9 | | 13,746.50 |

# Wargo & French LLP

WCI Communities, Inc.
Re: Dolphin, LLC
I.D. 230-00002- DMP

| Date | Description of Services | Atty | Hours | Amount |
|------|------------------------|------|-------|--------|
| 02-05-08 | Prepare document and witness list; telephone conference with opposing counsel regarding deposition dates | DMP | 0.8 | 300.00 |
| 02-06-08 | Prepare witness and exhibit list; prepare for and attend telephone conference with various co counsel regarding status of matters; review pleadings and rulings from related actions | DMP | 4.7 | 1,762.50 |
| 02-07-08 | Various telephone conference with opposing counsel regarding deposition dates; prepare exhibits for summary judgment hearing; revise witness and exhibit list; telephone conference with client regarding same and deposition dates | DMP | 2.8 | 1,050.00 |
| 02-08-08 | Telephone conference with client regarding witnesses and documents; prepare for oral argument; telephone conference with _____ regarding hearing on motion for summary judgment; finalize and file witness and exhibit list; review and analyze witness and exhibit list of opposing counsel | DMP | 3.1 | 1,162.50 |
| 02-11-08 | Prepare exhibits for oral argument; prepare for telephone conference with telephone conference with client regarding scheduling issues; prepare for oral argument | DMP | 2.4 | 900.00 |
| 02-12-08 | Prepare for oral argument; telephone conference with telephone conference with client regarding argument; revise demonstrative exhibits; review new rulings on ILSA issues; | | | |

# Wargo & French LLP

WCI Communities, Inc.
Re: Dolphin, LLC
I.D. 230-00002- DMP

| Date | Description of Services | Atty | Hours | Amount |
|------|------------------------|------|-------|--------|
| | outline argument | DMP | 5.5 | 2,062.50 |
| 02-13-08 | Prepare for oral argument; telephone conference with local counsel regarding same; review demonstrative exhibits | DMP | 6.5 | 2,437.50 |
| 02-14-08 | Prepare for and attend hearing on motion for summary judgment; prepare motion to supplement the record; telephone conference with opposing counsel regarding same; review and analyze additional record items; prepare for deposition of plaintiff; telephone conference with opposing counsel regarding same | DMP | 5.6 | 2,100.00 |
| 02-15-08 | Revise motion to supplement record; telephone conference with opposing counsel regarding same; telephone conference with Christine regarding documents and depositions; prepare correspondence to opposing counsel regarding discovery hold and priority; | DMP | 1.6 | 600.00 |
| 02-20-08 | Finalize filing of supplement to record; review and analyze order from court on motion for summary judgment; telephone conference with client regarding same | DMP | 1.0 | 375.00 |
| 02-21-08 | Reseach effect of judgment on counterclaim and request for fees | DMP | 0.6 | 225.00 |
| 02-25-08 | Research regarding appeals bond issues | JSC | 0.6 | 186.00 |
| 02-26-08 | Reseach res judicata issues for escrow agent litigation | DMP | 0.9 | 337.50 |
| 02-26-08 | Research regarding appellate bond issue; strategic planning regarding same | JSC | 0.8 | 248.00 |
| | Total Fees | | 36.9 | 13,746.50 |

# Wargo & French LLP

February 29, 2008

WCI Communities, Inc.
Re: Dolphin, LLC
I.D. 230-00002- DMP

| Disbursement Description | Amount |
|---|---|
| Fax | 9.00 |
| Federal Express | 22.37 |
| Photocopies | 57.80 |
| Postage | 1.74 |
| Westlaw | 81.99 |
| Total Disbursements | 172.90 |

# Wargo & French LLP

1170 Peachtree Street N.E.
Suite 2020
Atlanta, GA 30309

Telephone (404) 853-1500  Fax (404) 853-1501
Federal Tax I.D. 02-0699924

Remit To: Agnes Bridges

January 31, 2008
Invoice #      7925

WCI Communities, Inc.
Attn:  Christine Green, Esq.
24301 Walden Center Drive
Bonita Springs, Fl 34134

Re: Dolphin, LLC
I.D. 230-00002- DMP

For Services Rendered Through January 31, 2008

| | |
|---|---:|
| Previous Balance | 41,204.72 |
| Net Payments | <22,922.42> |
| Balance Forward | 18,282.30 |
| | |
| Current Fees | 2,137.50 |
| Current Disbursements | 5,746.52 |
| Total Current Due | 7,884.02 |
| Balance Due This Invoice | 7,884.02 |
| Total Balance Due | 26,166.32 |

| Timekeeper | Hours | Rate/Hour | Amount |
|---|---|---|---|
| David M. Pernini | 5.7 | 375.00 | 2,137.50 |
| Totals | 5.7 | | 2,137.50 |

# Wargo & French LLP

WCI Communities, Inc.
Re: Dolphin, LLC
I.D. 230-00002- DMP

| Date | Description of Services | Atty | Hours | Amount |
|------|------------------------|------|-------|--------|
| 01-21-08 | Prepare motion for extension; prepare pro hac vice motion; prepare 30(b)(6) notice | DMP | 0.7 | 262.50 |
| 01-22-08 | Prepare motion for extension; prepare 30(b)(6) notice | DMP | 1.1 | 412.50 |
| 01-24-08 | Reseach status of motions for summary judgment; prepare correspondence to opposing counsel regarding same; prepare pro hac motion; prepare notice of deposition; telephone conference with local counsel regarding same | DMP | 1.8 | 675.00 |
| 01-29-08 | Prepare correspondence to opposing counsel regarding deposition notice; prepare for hearing on motion for summary judgment | DMP | 0.6 | 225.00 |
| 01-31-08 | Prepare for telephone conference on ILSA claims; review and analyze recent rulings from court; prepare correspondence to opposing counsel regarding scheduling of depositions; prepare for oral argument | DMP | 1.5 | 562.50 |
| | Total Fees | | 5.7 | 2,137.50 |

| Date | Disbursement Description | Amount |
|------|------------------------|--------|
| 01-24-08 | Document Cost; DMP Pro Hac Vice Application; USDC, Southern District of Florida | 75.00 |
| 01-31-08 | Local Counsel Fees | 3,412.50 |
| 01-31-08 | Miscellaneous; Mediator Fee | 2,240.00 |
| | Photocopies | 11.60 |
| | Westlaw | 7.42 |
| | Total Disbursements | 5,746.52 |

# Wargo & French LLP

1170 Peachtree Street N.E.
Suite 2020
Atlanta, GA 30309

Telephone (404) 853-1500  Fax (404) 853-1501
Federal Tax I.D. 02-0699924

Remit To: Agnes Bridges

December 31, 2007
Invoice #      7811

WCI Communities, Inc.
Attn:  Christine Green, Esq.
24301 Walden Center Drive
Bonita Springs, Fl 34134

Re: Dolphin, LLC
I.D. 230-00002- DMP

For Services Rendered Through December 31, 2007

| | |
|---|---|
| Previous Balance | 22,922.42 |

| | | |
|---|---|---|
| Current Fees | 17,841.50 | |
| Current Disbursements | 440.80 | |
| Total Current Due | | 18,282.30 |
| Balance Due This Invoice | | 18,282.30 |
| Total Balance Due | | 41,204.72 |

| Timekeeper | Hours | Rate/Hour | Amount |
|---|---|---|---|
| Vanessa, B. Zelonka | 0.5 | 245.00 | 122.50 |
| Joseph S. Carr | 1.3 | 310.00 | 403.00 |
| David M. Pernini | 48.1 | 360.00 | 17,316.00 |
| Totals | 49.9 | | 17,841.50 |

# Wargo & French LLP

WCI Communities, Inc.
Re: Dolphin, LLC
I.D. 230-00002- DMP

| Date | Description of Services | Atty | Hours | Amount |
|------|------------------------|------|-------|--------|
| 12-03-07 | Research for additional ILSA cases on common promotional plan | DMP | 1.5 | 540.00 |
| 12-05-07 | Research factual basis for ILSA jurisdiction | DMP | 1.2 | 432.00 |
| 12-07-07 | Telephone conference with opposing counsel regarding extensions; prepare correspondence to opposing counsel regarding same; research cases relied upon by opposing counsel in partial motion to compel | DMP | 3.5 | 1,260.00 |
| 12-12-07 | Prepare response to motion for summary judgment on SOL issues | DMP | 1.5 | 540.00 |
| 12-13-07 | Research for additional cases on common names in ILSA; research for additional cases rejecting common agents as presumption | DMP | 1.6 | 576.00 |
| 12-14-07 | Prepare response to undisputed statements of fact; outline response brief | DMP | 0.8 | 288.00 |
| 12-17-07 | Review and analyze brief in opposition to summary judgment; prepare correspondence to client regarding same; prepare brief in opposition to motion for summary judgment | DMP | 2.5 | 900.00 |
| 12-18-07 | Prepare brief in opposition to motion for summary judgment | DMP | 3.0 | 1,080.00 |
| 12-19-07 | Prepare brief in opposition to motion for summary judgment; research caselaw on reliance on oral statments which contradict contracts; prepare reply brief in support of motion for summary jugment | DMP | 7.0 | 2,520.00 |
| 12-19-07 | Review brief in opposition of plaintiff's motion for partial summary judgment | VBZ | 0.5 | 122.50 |
| 12-20-07 | Telephone conference with client | | | |

# Wargo & French LLP

WCI Communities, Inc.
Re: Dolphin, LLC
I.D. 230-00002- DMP

| Date | Description of Services | Atty | Hours | Amount |
|------|------------------------|------|-------|--------|
| | regarding brief; telephone conference with opposing counsel regarding extension; prepare request for extension; revise brief in opposition to motion for summary judgment | DMP | 3.2 | 1,152.00 |
| 12-26-07 | Revise brief in opposition to motion for partial summary judgment; prepare reply brief in support of motion for summary judgment; research additional caselaw regarding same; | DMP | 8.2 | 2,952.00 |
| 12-27-07 | Telephone conference with client regarding response to motion for summary judgment; revise same; prepare reply brief in support of motion for summary judgment; prepare opposition to motion to strike evidence; prepare response to statement of material facts | DMP | 7.2 | 2,592.00 |
| 12-27-07 | Review and revise opposition to plaintiff's motion for partial summary judgment | JSC | 1.3 | 403.00 |
| 12-28-07 | Prepare all exhibits for filing; various telephone conference with Kai regarding filings; finalize and file response to motion for partial summary judgment; reply in support of motion for summary judgment; response to statement of material facts; response to motion to strike evidence | DMP | 6.9 | 2,484.00 |
| | Total Fees | | 49.9 | 17,841.50 |

| Disbursement Description | Amount |
|--------------------------|--------|
| Photocopies | 15.20 |
| Westlaw | 425.60 |

# Wargo & French LLP

WCI Communities, Inc.
Re: Dolphin, LLC
I.D. 230-00002- DMP

------------
                    Total Disbursements          440.80

# Wargo & French LLP
1170 Peachtree Street N.E.
Suite 2020
Atlanta, GA 30309

Telephone (404) 853-1500  Fax (404) 853-1501
Federal Tax I.D. 02-0699924

Remit To: Agnes Bridges

November 30, 2007
Invoice #      7724

WCI Communities, Inc.
Attn:  Christine Green, Esq.
24301 Walden Center Drive
Bonita Springs, Fl 34134

Re: Dolphin, LLC
I.D. 230-00002- DMP

For Services Rendered Through November 30, 2007

| | |
|---|---|
| Previous Balance | 30,084.61 |
| Net Payments | <23,234.50> |
| Balance Forward | 6,850.11 |

| | | |
|---|---|---|
| Current Fees | 15,185.00 | |
| Current Disbursements | 887.31 | |
| Total Current Due | | 16,072.31 |
| Balance Due This Invoice | | 16,072.31 |
| Total Balance Due | | 22,922.42 |

| Timekeeper | Hours | Rate/Hour | Amount |
|---|---|---|---|
| Vanessa, B. Zelonka | 1.0 | 245.00 | 245.00 |
| David M. Pernini | 41.5 | 360.00 | 14,940.00 |
| Totals | 42.5 | | 15,185.00 |

# Wargo & French LLP

WCI Communities, Inc.
Re: Dolphin, LLC
I.D. 230-00002- DMP

| Date | Description of Services | Atty | Hours | Amount |
|------|-------------------------|------|-------|--------|
| 11-06-07 | Telephone conference with client regarding mediation; telephone conference with Carlton Fields regarding litigation and mediation statement | DMP | 0.4 | 144.00 |
| 11-08-07 | Review and revise mediation statement; prepare correspondence to co-counsel regarding mediation strategy | DMP | 0.6 | 216.00 |
| 11-12-07 | Various correspondence with local counsel regarding mediation; research for summary judgment motion | DMP | 1.7 | 612.00 |
| 11-15-07 | Prepare motion for summary judgment; prepare brief in support of motion based on exemptions from ILSA; research elements for FDUTPA claim and analysis of missing evidence | DMP | 6.0 | 2,160.00 |

# Wargo & French LLP

WCI Communities, Inc.
Re: Dolphin, LLC
I.D. 230-00002- DMP

| Date | Description of Services | Atty | Hours | Amount |
|------|------------------------|------|-------|--------|
| 11-18-07 | Revise memorandum in support of motion for summary judgment in light of new information; research additional grounds for dispositive motions under ILSA | DMP | 3.8 | 1,368.00 |
| 11-19-07 | Prepare memorandum of law in support of motion for summary judgment; telephone conference with client regarding declaration for ILSA; revise same and forward to client; research additional grounds for exemptions from ILSA; telephone conference with opposing counsel regarding extension; prepare correspondence to opposing counsel regarding same; prepare motion for summary judgment; telephone conference with local counsel regarding logistics of filing | DMP | 6.2 | 2,232.00 |
| 11-20-07 | Review and analyze responses to discovery requests; revise motion for summary judgment in light of same | DMP | 3.2 | 1,152.00 |
| 11-21-07 | Finalize memorandum of law in support of motion for summary judgment; telephone conference with client regarding same; telephone conference with local counsel regarding changes; incorporate changes from client; prepare statement of undisputed | | | |

# Wargo & French LLP

WCI Communities, Inc.
Re: Dolphin, LLC
I.D. 230-00002- DMP

| Date | Description of Services | Atty | Hours | Amount |
|------|------------------------|------|-------|--------|
| | facts; revise motion; prepare correspondence to client regarding status; prepare correspondence to local counsel regarding filing issues | DMP | 6.4 | 2,304.00 |
| 11-21-07 | Review and edit brief in support of motion for summary judgment | VBZ | 1.0 | 245.00 |
| 11-27-07 | Review and analyze motion for partial summary judgment of plaintiffs; prepare correspondence to client regarding same; review and analyze orders from court regarding hearings; research deadlines set by court for filings | DMP | 1.7 | 612.00 |
| 11-29-07 | Prepare response to motion for summary judgment; research local rules regarding same | DMP | 0.7 | 252.00 |
| | Total Fees | | 42.5 | 15,185.00 |

| Disbursement Description | Amount |
|--------------------------|--------|
| Photocopies | 2.00 |
| Long Distance Calls | 0.11 |
| Westlaw | 885.20 |
| Total Disbursements | 887.31 |

# Wargo & French LLP
1170 Peachtree Street N.E.
Suite 2020
Atlanta, GA 30309

Telephone (404) 853-1500 Fax (404) 853-1501
Federal Tax I.D. 02-0699924

Remit To: Agnes Bridges

```
                                              October 31, 2007
                                     Invoice #      7540
```

WCI Communities, Inc.
Attn:  Christine Green, Esq.
24301 Walden Center Drive
Bonita Springs, Fl 34134

Re: Dolphin, LLC
I.D. 230-00002- DMP

For Services Rendered Through October 31, 2007

Previous Balance                                      23,234.50
                                                   ------------


Current Fees                          6,733.50

Current Disbursements                   116.61
                                   ------------
Total Current Due                                     6,850.11
                                                   ------------
Balance Due This Invoice                              6,850.11
                                                   ============
Total Balance Due                                    30,084.61

| Timekeeper | | Hours | Rate/Hour | Amount |
|---|---|---|---|---|
| Vanessa, B. Zelonka | | 0.3 | 245.00 | 73.50 |
| David M. Pernini | | 18.5 | 360.00 | 6,660.00 |
| | Totals | 18.8 | | 6,733.50 |

# Wargo & French LLP

WCI Communities, Inc.
Re: Dolphin, LLC
I.D. 230-00002- DMP

| Date | Description of Services | Atty | Hours | Amount |
|------|------------------------|------|-------|--------|
| 10-02-07 | Research basis for challenging affirmative defenses | DMP | 2.2 | 792.00 |
| 10-03-07 | Prepare amended affirmative defenses; research method for amendments | DMP | 1.6 | 576.00 |
| 10-05-07 | Research all potential exceptions to ILSA that may apply; prepare amended affirma | DMP | 2.2 | 792.00 |
| 10-08-07 | Revise amended affirmative defenses; prepare brief in opposition to motion to strike | DMP | 2.8 | 1,008.00 |
| 10-09-07 | Telephone conference with local counsel regarding filings; telephone conference with opposing counsel regarding schedule and mediators; prepare brief in opposition to motion to strike; research rules for basis for amending affirmative defenses; prepare motion to amend affirmative defenses; prepare correspondence to client regarding same | DMP | 5.8 | 2,088.00 |
| 10-10-07 | Review and edit briefs related to response to plaintiff's motion to strike affirmative defenses | VBZ | 0.3 | 73.50 |
| 10-10-07 | Prepare for and attend telephone conference with client regarding strategy and amended affirmative defenses; revise same; telephone conference with opposing counsel regarding scheduling and related issues; finalize and file motion to amend affirmative defenses; respose to motion to strike, and amended affirmative defenses; prepare proposed order regarding same | DMP | 3.2 | 1,152.00 |
| 10-16-07 | Revise and serve interrogatories and requests for production | DMP | 0.7 | 252.00 |
|  |  |  | ----- | ------------ |

# Wargo & French LLP

WCI Communities, Inc.
Re: Dolphin, LLC
I.D. 230-00002- DMP

| Date | Description of Services | | Atty | Hours | Amount |
|------|------------------------|--|------|-------|--------|
|      |                        | Total Fees | | 18.8 | 6,733.50 |

| | Disbursement Description | Amount |
|--|--------------------------|--------|
| | Photocopies | 1.00 |
| | Westlaw | 115.61 |
| | | ------------ |
| | Total Disbursements | 116.61 |

# Wargo & French LLP

1170 Peachtree Street N.E.
Suite 2020
Atlanta, GA 30309

Telephone (404) 853-1500  Fax (404) 853-1501
Federal Tax I.D. 02-0699924

Remit To: Agnes Bridges

September 30, 2007
Invoice #      7462

WCI Communities, Inc.
Attn:  Christine Green, Esq.
24301 Walden Center Drive
Bonita Springs, Fl 34134

Re: Dolphin, LLC
I.D. 230-00002- DMP

For Services Rendered Through September 30, 2007

| | |
|---|---|
| Previous Balance | 27,952.59 |
| Net Payments | <5,006.09> |
| Balance Forward | 22,946.50 |

| | | |
|---|---|---|
| Current Fees | 288.00 | |
| Total Current Due | | 288.00 |
| Balance Due This Invoice | | 288.00 |
| Total Balance Due | | 23,234.50 |

| Timekeeper | Hours | Rate/Hour | Amount |
|---|---|---|---|
| David M. Pernini | 0.8 | 360.00 | 288.00 |
| Totals | 0.8 | | 288.00 |

# Wargo & French LLP

WCI Communities, Inc.
Re: Dolphin, LLC
I.D. 230-00002- DMP

| Date | Description of Services | Atty | Hours | Amount |
|------|------------------------|------|-------|--------|
| 09-17-07 | Review and analyze motion to strike defenses | DMP | 0.5 | 180.00 |
| 09-28-07 | Research mediator; telephone conference with client regarding same | DMP | 0.3 | 108.00 |
| | Total Fees | | 0.8 | 288.00 |

# Wargo & French LLP
1170 Peachtree Street N.E.
Suite 2020
Atlanta, GA 30309

Telephone (404) 853-1500  Fax (404) 853-1501
Federal Tax I.D. 02-0699924

Remit To: Michele Partap

August 31, 2007
Invoice #       7249

WCI Communities, Inc.
Attn:  Christine Green, Esq.
24301 Walden Center Drive
Bonita Springs, Fl 34134

Re: Dolphin, LLC
I.D. 230-00002- DMP

For Services Rendered Through August 31, 2007

Previous Balance                                        24,927.35
                                                      ------------


Current Fees                              2,985.00

Current Disbursements                        40.24
                                      ------------
Total Current Due                                         3,025.24
                                                      ------------
Balance Due This Invoice                                  3,025.24
                                                      ============
Total Balance Due                                        27,952.59

| Timekeeper | | Hours | Rate/Hour | Amount |
|---|---|---|---|---|
| Sarah-Nell H. Walsh | | 0.6 | 235.00 | 141.00 |
| David M. Pernini | | 7.9 | 360.00 | 2,844.00 |
| | Totals | 8.5 | | 2,985.00 |

# Wargo & French LLP

WCI Communities, Inc.
Re: Dolphin, LLC
I.D. 230-00002- DMP

| Date | Description of Services | Atty | Hours | Amount |
|------|-------------------------|------|-------|--------|
| 08-01-07 | Conference with David Pernini regarding the commencement of discovery | SHW | 0.2 | 47.00 |
| 08-02-07 | Calender deadlines | DMP | 0.4 | 144.00 |
| 08-03-07 | E-correspondence with David Pernini regarding commencement of discovery; review Federal Rules of Civil Procedure and Local Rules to determine when discovery starts | SHW | 0.4 | 94.00 |
| 08-17-07 | Review order from court; calender answer date and review upcoming deadlines | DMP | 0.3 | 108.00 |
| 08-24-07 | Prepare answer to amended complaint; research basis for counterclaim | DMP | 1.6 | 576.00 |
| 08-27-07 | Prepare for and attend telephone conference with client regarding status; research and prepare counterclaim | DMP | 1.5 | 540.00 |
| 08-28-07 | Research and prepare counterclaim and answer to amended complaint | DMP | 2.1 | 756.00 |
| 08-29-07 | Finalize answer and counterclaim; research same; prepare correspondence to local counsel regarding same | DMP | 1.4 | 504.00 |
| 08-31-07 | Various telephone call to client regarding answer; telephone conference with local counsel regarding filing issues; confirm filing of answer | DMP | 0.6 | 216.00 |

|            | Total Fees | 8.5 | 2,985.00 |
|------------|------------|-----|----------|

| Disbursement Description | Amount |
|-------------------------|--------|
| Photocopies | 2.00 |
| Westlaw | 38.24 |

# Wargo & French LLP

WCI Communities, Inc.
Re: Dolphin, LLC
I.D. 230-00002- DMP

------------

Total Disbursements          40.24

# Wargo & French LLP
1170 Peachtree Street N.E.
Suite 2020
Atlanta, GA 30309

Telephone (404) 853-1500  Fax (404) 853-1501
Federal Tax I.D. 02-0699924

Remit To: Michele Partap

```
                                               July 31, 2007
                                    Invoice #       7205
```

WCI Communities, Inc.
Attn:  Christine Green, Esq.
24301 Walden Center Drive
Bonita Springs, Fl 34134

Re: Dolphin, LLC
I.D. 230-00002- DMP

For Services Rendered Through July 31, 2007

Previous Balance                                  19,921.26
                                                -------------


Current Fees                         4,577.00

Current Disbursements                  429.09
                                   -------------
Total Current Due                                  5,006.09
                                                -------------
Balance Due This Invoice                           5,006.09
                                                =============
Total Balance Due                                 24,927.35

| Timekeeper | | Hours | Rate/Hour | Amount |
|---|---|---|---|---|
| Sarah-Nell H. Walsh | | 1.4 | 235.00 | 329.00 |
| David M. Pernini | | 11.8 | 360.00 | 4,248.00 |
| | Totals | 13.2 | | 4,577.00 |

# Wargo & French LLP

WCI Communities, Inc.
Re: Dolphin, LLC
I.D. 230-00002- DMP

| Date | Description of Services | Atty | Hours | Amount |
|------|------------------------|------|-------|--------|
| 07-05-07 | Research for additional cases on FDUPTA and causation; prepare reply brief in support of motion to dismiss count II | DMP | 2.9 | 1,044.00 |
| 07-06-07 | Prepare reply brief in support of motion to dismiss | DMP | 2.3 | 828.00 |
| 07-08-07 | Revise reply brief in support of motion to dismiss | DMP | 0.8 | 288.00 |
| 07-09-07 | Prepare reply brief in support of motion to dismiss; telephone conference with local counsel regarding same | DMP | 4.9 | 1,764.00 |
| 07-09-07 | Edit brief and telephone conference with David Pernini | SHW | 1.1 | 258.50 |
| 07-10-07 | Finalize and file reply brief in support of motion to dismiss | DMP | 0.9 | 324.00 |
| 07-25-07 | Conference with David Pernini and review docket | SHW | 0.3 | 70.50 |
| | | Total Fees | 13.2 | 4,577.00 |

| Disbursement Description | Amount |
|--------------------------|--------|
| Photocopies | 32.80 |
| Westlaw | 396.29 |
| Total Disbursements | 429.09 |

# Wargo & French LLP
1170 Peachtree Street N.E.
Suite 2020
Atlanta, GA 30309

Telephone (404) 853-1500  Fax (404) 853-1501
Federal Tax I.D. 02-0699924

Remit To: Michele Partap

June 30, 2007
Invoice #      7098

WCI Communities, Inc.
Attn:  Christine Green, Esq.
24301 Walden Center Drive
Bonita Springs, Fl 34134

Re: Dolphin, LLC
I.D. 230-00002- DMP

For Services Rendered Through June 30, 2007

Previous Balance                                        18,213.05
                                                      ------------


Current Fees                          1,692.00

Current Disbursements                    16.21
                                    ------------
Total Current Due                                        1,708.21
                                                      ------------
Balance Due This Invoice                                 1,708.21
                                                      ============
Total Balance Due                                       19,921.26

| Timekeeper | Hours | Rate/Hour | Amount |
|---|---|---|---|
| David M. Pernini | 4.7 | 360.00 | 1,692.00 |
| Totals | 4.7 | | 1,692.00 |

# Wargo & French LLP

WCI Communities, Inc.
Re: Dolphin, LLC
I.D. 230-00002- DMP

| Date | Description of Services | Atty | Hours | Amount |
|------|-------------------------|------|-------|--------|
| 06-25-07 | Review and analyze response to motion to dismiss; forward same to client; research limitations on insurance rates in Florida | DMP | 0.9 | 324.00 |
| 06-27-07 | Research Florida caselaw on limitations of insurance; prepare reply brief in support of motion to dismiss | DMP | 1.6 | 576.00 |
| 06-28-07 | Prepare reply brief; telephone conference with client regarding logistics; telephone conference with opposing counsel regarding extension | DMP | 1.5 | 540.00 |
| 06-29-07 | Prepare motion to extend time to answer; telephone conference with local counsel regarding same; prepare reply brief | DMP | 0.7 | 252.00 |
| | Total Fees | | 4.7 | 1,692.00 |

| Disbursement Description | Amount |
|--------------------------|--------|
| Photocopies | 6.00 |
| Westlaw | 10.21 |
| Total Disbursements | 16.21 |

# Wargo & French LLP
1170 Peachtree Street N.E.
Suite 2020
Atlanta, GA 30309

Telephone (404) 853-1500  Fax (404) 853-1501
Federal Tax I.D. 02-0699924

Remit To: Michele Partap

May 31, 2007
Invoice #      7021

WCI Communities, Inc.
Attn:  Christine Green, Esq.
24301 Walden Center Drive
Bonita Springs, Fl 34134

Re: Dolphin, LLC
I.D. 230-00002- DMP

For Services Rendered Through May 31, 2007

Previous Balance                                               13,661.03
                                                              ------------


Current Fees                            4,428.00

Current Disbursements                     124.02
                                      ------------
Total Current Due                                               4,552.02
                                                              ------------
Balance Due This Invoice                                        4,552.02
                                                              ============
Total Balance Due                                              18,213.05

| Timekeeper | | Hours | Rate/Hour | Amount |
|---|---|---|---|---|
| David M. Pernini | | 12.3 | 360.00 | 4,428.00 |
| | | ------ | | ------------ |
| | Totals | 12.3 | | 4,428.00 |

# Wargo & French LLP

WCI Communities, Inc.
Re: Dolphin, LLC
I.D. 230-00002- DMP

| Date | Description of Services | Atty | Hours | Amount |
|------|------------------------|------|-------|--------|
| 05-11-07 | Receive and analyze amended answer and order from court; telephone conference with client regarding same | DMP | 0.6 | 216.00 |
| 05-17-07 | Review and analzye amended complaint for grounds for motion to dismiss; telephone call to client regarding same | DMP | 0.7 | 252.00 |
| 05-21-07 | Prepare partial motion to dismiss amended complaint | DMP | 0.8 | 288.00 |
| 05-22-07 | Revise partial motion to dismiss; telephone conference with local counsel regarding filing deadlines | DMP | 0.6 | 216.00 |
| 05-23-07 | Revise amended motion to dismiss; telephone conference with local counsel regarding deadlines | DMP | 0.5 | 180.00 |
| 05-24-07 | Revise brief in support partial motion to dismiss amended complaint | DMP | 1.4 | 504.00 |
| 05-25-07 | Prepare amended motion to dismiss and brief in support; research for additional caselaw on FDUPTA issue | DMP | 2.8 | 1,008.00 |
| 05-28-07 | Research for additional caselaw in support of motion to dismiss; revise same | DMP | 1.2 | 432.00 |
| 05-29-07 | Revise brief in support of amended motion to dismiss; telephone conference with client regarding same | DMP | 3.7 | 1,332.00 |
| | Total Fees | | 12.3 | 4,428.00 |

| Disbursement Description | Amount |
|--------------------------|--------|
| Photocopies | 5.40 |
| Long Distance Calls | 0.31 |
| Westlaw | 118.31 |

# Wargo & French LLP

May 31, 2007

WCI Communities, Inc.
Re: Dolphin, LLC
I.D. 230-00002- DMP

------------
Total Disbursements          124.02

# Wargo & French LLP
1170 Peachtree Street N.E.
Suite 2020
Atlanta, GA 30309

Telephone (404) 853-1500  Fax (404) 853-1501
Federal Tax I.D. 02-0699924

Remit To: Michele Partap

```
                                              April 30, 2007
                                      Invoice #      6886
```

WCI Communities, Inc.
Attn:  Christine Green, Esq.
24301 Walden Center Drive
Bonita Springs, Fl 34134

Re: Dolphin, LLC
I.D. 230-00002- DMP

For Services Rendered Through April 30, 2007

------------

| | | |
|---|---|---|
| Current Fees | 12,806.00 | |
| Current Disbursements | 855.03 | |
| | ------------ | |
| Total Current Due | | 13,661.03 |
| | | ------------ |
| Balance Due This Invoice | | 13,661.03 |
| | | ============ |
| Total Balance Due | | 13,661.03 |

| Timekeeper | | Hours | Rate/Hour | Amount |
|---|---|---|---|---|
| Celeste C. Creswell | | 5.9 | 340.00 | 2,006.00 |
| David M. Pernini | | 30.0 | 360.00 | 10,800.00 |
| | | ------ | | ------------ |
| | Totals | 35.9 | | 12,806.00 |

# Wargo & French LLP

WCI Communities, Inc.
Re: Dolphin, LLC
I.D. 230-00002- DMP

| Date | Description of Services | Atty | Hours | Amount |
|------|------------------------|------|-------|--------|
| 04-03-07 | Review client documents | CCC | 0.2 | 68.00 |
| 04-05-07 | Prepare for and attend telephone conference with client regarding factual background | DMP | 1.3 | 468.00 |
| 04-05-07 | Review client documents and outline questions for client; telephone conference with client regarding background facts and strategy | CCC | 1.8 | 612.00 |
| 04-10-07 | Research FDUTPA for basis for motion to dismiss | DMP | 1.7 | 612.00 |
| 04-11-07 | Research FDUTPA act for basis for motion to dismiss; research ILSA for limitations on action; telephone call to Christine Green regarding status | DMP | 3.2 | 1,152.00 |
| 04-11-07 | Review ILSA claims; research regarding potential defenses to same | CCC | 1.0 | 340.00 |
| 04-12-07 | Research ILSA limitations on actions and SOL; telephone conference with Christine Green regarding status of answer and local counsel | DMP | 1.7 | 612.00 |
| 04-12-07 | Research regarding ILSA defenses | CCC | 0.2 | 68.00 |
| 04-13-07 | Telephone conference with client regarding local counsel issues; prepare and revise motion for extension of time; review additional documents from client | DMP | 1.7 | 612.00 |
| 04-13-07 | Research regarding statute of limitations and related issues | CCC | 2.7 | 918.00 |
| 04-16-07 | Review and revise filing of extension; telephone conference with local counsel regarding status | DMP | 0.5 | 180.00 |
| 04-24-07 | Prepare motion to dismiss and brief in support | DMP | 0.9 | 324.00 |
| 04-25-07 | Prepare motion to dismiss; research for FDUTPA law on | | | |

# Wargo & French LLP

WCI Communities, Inc.
Re: Dolphin, LLC
I.D. 230-00002- DMP

| Date | Description of Services | Atty | Hours | Amount |
|------|-------------------------|------|-------|--------|
| | remedies | DMP | 2.5 | 900.00 |
| 04-26-07 | Prepare brief in support of motion to dismiss; telephone call to client regarding same; research for additional caselaw regarding ILSA claims | DMP | 5.2 | 1,872.00 |
| 04-27-07 | Review and revise motion to dismiss and brief in support; research for additional caselaw on fraud claims and ILSA; research Florida law on fraud in the inducement; telephone conference with local counsel regarding status; prepare correspondence to client and local counsel regarding filing | DMP | 9.1 | 3,276.00 |
| 04-30-07 | Finalize brief; telephone conference with client regarding changes; telephone conference with opposing counsel regarding potential extension; telephone conference with local counsel regarding filing | DMP | 2.2 | 792.00 |
| | | Total Fees | 35.9 | 12,806.00 |

| Disbursement Description | Amount |
|--------------------------|--------|
| Long Distance Calls | 1.47 |
| Westlaw | 853.56 |
| Total Disbursements | 855.03 |