# EXHIBIT F

# Elk Christu & Bakst, LLP

Sanctuary Centre, Suite 200E
4800 N. Federal Highway
Boca Raton, FL 33431
(561) 368-8800

WCI Communities, Inc.
Christine Green, Esquire
24301 Walden Center Drive
Bonita Springs, FL 34134

May 13, 2008
Invoice No: 60939
File No: 003834-0001

adv Dolphin, LLC

**Professional Fees**

| Date | | Description | Hours | Amount |
|------|------|-------------|------|--------|
| 4/3/2008 | ECC | Receive and review filings regarding opposition by Dolphin regarding Motion for Attorneys' Fees | 0.30 | 112.50 |
| 4/7/2008 | ECC | Finalize and file Response to Dolphin's Fee Motion | 0.80 | 300.00 |
| 4/21/2008 | ALQ | Receipt and review of emails and materials regarding reply memo; review memorandum and file with exhibits | 0.80 | 220.00 |
| | | | Sub-total Fees: | 632.50 |

## Fee Summary

| | | | | |
|---|---|---|---|---|
| Eric C. Christu | 1.10 hrs. @ | 375.00 | 412.50 | |
| Alan L. Quiles | 0.80 hrs. @ | 275.00 | 220.00 | |

| | |
|---|---|
| Total Current Billing: | 632.50 |
| Previous Balance Due: | 5,920.00 |
| Unapplied Cash Application: | 0.00 |
| Payments Since Last Statement: | 0.00 |
| **Total Now Due:** | **6,552.50** |

## REMITTANCE COPY
Return with Payment

WCI Communities, Inc.
Christine Green, Esquire
24301 Walden Center Drive
Bonita Springs, FL 34134

adv Dolphin, LLC

May 13, 2008
Invoice No: 60939
File No: 003834-0001

| | |
|---|---:|
| Total Fees | 632.50 |
| Total Costs | 0.00 |
| Total Current Billing | 632.50 |
| Previous Balance | 5,920.00 |
| Payments Since Last Statement | 0.00 |
| **Total Now Due** | **6,552.50** |

### PLEASE REMIT TO:
Elk Christu & Bakst, LLP
Sanctuary Centre, Suite 200E
4800 N. Federal Highway
Boca Raton, FL 33431

(561) 368-8800

# Elk Christu & Bakst, LLP

Sanctuary Centre, Suite 200E
4800 N. Federal Highway
Boca Raton, FL 33431
(561) 368-8800

WCI Communities, Inc.
Christine Green, Esquire
24301 Walden Center Drive
Bonita Springs, FL 34134

June 12, 2008
Invoice No: 61105
File No: 003834-0001

adv Dolphin, LLC

**Professional Fees**

| | | | | |
|---|---|---|---|---|
| 5/30/2008 | ECC | Receive, review, and analyze opinion of Court regarding fees | 0.50 | 197.50 |
| | | Sub-total Fees: | | 197.50 |

### Fee Summary

| | | | | |
|---|---|---|---|---|
| Eric C. Christu | 0.50 hrs. @ | 395.00 | 197.50 | |

| | |
|---|---|
| Total Current Billing: | 197.50 |
| Previous Balance Due: | 6,552.50 |
| Unapplied Cash Application: | 0.00 |
| Payments Since Last Statement: | 0.00 |
| **Total Now Due:** | **6,750.00** |

WCI Communities, Inc.
Christine Green, Esquire
24301 Walden Center Drive
Bonita Springs, FL 34134

June 12, 2008
Invoice No: 61105
File No: 003834-0001

adv Dolphin, LLC

| | |
|---|---|
| Total Fees | 197.50 |
| Total Costs | 0.00 |
| Total Current Billing | 197.50 |
| Previous Balance | 6,552.50 |
| Payments Since Last Statement | 0.00 |
| **Total Now Due** | **6,750.00** |

**PLEASE REMIT TO:**
Elk Christu & Bakst, LLP
Sanctuary Centre, Suite 200E
4800 N. Federal Highway
Boca Raton, FL 33431
(561) 368-8800

# Elk Christu & Bakst, LLP

Sanctuary Centre, Suite 200E
4800 N. Federal Highway
Boca Raton, FL 33431
(561) 368-8800

WCI Communities, Inc.
Christine Green, Esquire
24301 Walden Center Drive
Bonita Springs, FL 34134

April 3, 2008
Invoice No: 60507
File No: 003834-0001

adv Dolphin, LLC

**Professional Fees**

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 3/4/2008 | ECC | Receive and review e-notice from Eleventh Circuit Court of Appeal regarding appeal | 0.10 | 37.50 |
| 3/11/2008 | ECC | Exchange correspondence with co-counsel regarding attorneys' fees motion and witness therefor. Receive and review Dolphin's Notice of Appeal | 0.50 | 187.50 |
| 3/14/2008 | ECC | Review and file Joint Motion for Bifurcation of Attorneys' Fees; discuss same with Mr. Pernini. Telephone call to fee expert | 1.60 | 600.00 |
| 3/17/2008 | ECC | Receive and review Order granting Joint Motion to Bifurcate Attorneys' Fees. Analyze issues regarding motion for entitlement | 0.80 | 300.00 |
| 3/19/2008 | ECC | Finalize and file Motion for Attorneys' Fees | 0.60 | 225.00 |
| 3/24/2008 | ECC | Receive and review Order referring fee motions to Magistrate Judge | 0.20 | 75.00 |
| 3/27/2008 | ECC | Exchange correspondence regarding settlement proposal | 0.20 | 75.00 |
| | | | Sub-total Fees: | 1,500.00 |

## Fee Summary

| | | | | |
|---|---|---|---|---|
| Eric C. Christu | 4.00 hrs. @ | 375.00 | 1,500.00 |

**Payments**

| Date | | Amount |
|---|---|---|
| 3/11/2008 | ck#6825 | 1,570.00 |
| 3/17/2008 | ck#00302249 | 1,896.59 |
| 3/24/2008 | ck#00302794 | 1,557.10 |
| | | 5,023.69 |

WCI Communities, Inc.

| | |
|---|---:|
| Total Current Billing: | 1,500.00 |
| Previous Balance Due: | 16,769.22 |
| Unapplied Cash Application: | 0.00 |
| Payments Since Last Statement: | 5,023.69 |
| **Total Now Due:** | **13,245.53** |

**REMITTANCE COPY**
Return with Payment

WCI Communities, Inc.
Christine Green, Esquire
24301 Walden Center Drive
Bonita Springs, FL 34134

April 3, 2008
Invoice No: 60507
File No: 003834-0001

adv Dolphin, LLC

| | |
|---|---|
| Total Fees | 1,500.00 |
| Total Costs | 0.00 |
| Total Current Billing | 1,500.00 |
| Previous Balance | 16,769.22 |
| Payments Since Last Statement | 5,023.69 |
| **Total Now Due** | **13,245.53** |

**PLEASE REMIT TO:**
Elk Christu & Bakst, LLP
Sanctuary Centre, Suite 200E
4800 N. Federal Highway
Boca Raton, FL 33431

(561) 368-8800

# Elk Christu & Bakst, LLP

Sanctuary Centre, Suite 200E
4800 N. Federal Highway
Boca Raton, FL 33431
(561) 368-8800

WCI Communities, Inc.
Christine Green, Esquire
24301 Walden Center Drive
Bonita Springs, FL 34134

March 6, 2008
Invoice No: 60324
File No: 003834-0001

adv Dolphin, LLC

**Professional Fees**

| Date | | Description | Hours | Amount |
|------|---|-------------|-------|--------|
| 2/8/2008 | ECC | Finalize and file Witness and Exhibit List. Receive and review Plaintiff's Witness and Exhibit List | 0.40 | 150.00 |
| 2/11/2008 | ECC | Finalize and file Trial Witness and Exhibit List. Work on filing supplemental authority in support of motion for summary judgment | 1.60 | 600.00 |
| 2/12/2008 | ECC | Finalize and file supplemental documentation in support of motion for summary judgment. Prepare for 2/14/08 hearing | 1.00 | 375.00 |
| 2/13/2008 | ECC | Prepare for 2/14/08 oral argument hearing on motions for summary judgment. Telephone conversation with Attorney David Pernini. File supplemental case law | 0.90 | 337.50 |
| 2/14/2008 | ECC | Prepare for and attend hearing on cross-motions for summary judgment. Analyze strategy for supplementing record. Conference with client | 3.40 | 1,275.00 |
| 2/15/2008 | ECC | Work on issues regarding supplemental disclosure of marketing information | 1.00 | 375.00 |
| 2/20/2008 | ECC | Finalize and file Unopposed Motion to Supplement the Record. Receive and review Order granting our motion for summary judgment; denying Plaintiff's motion for summary judgment; and Final Judgment | 0.70 | 262.50 |
| 2/22/2008 | ECC | Receive and review correspondence from Attorney Ryan | 0.20 | 75.00 |
| 2/25/2008 | ECC | Receive and review correspondence from Plaintiff's attorney to escrow agent | 0.30 | 112.50 |

Sub-total Fees: 3,562.50

**Fee Summary**

| | | | | |
|---|---|---|---|---|
| Eric C. Christu | 9.50 hrs. @ | 375.00 | 3,562.50 |

**Costs**

| Date | | Amount |
|------|---|--------|
| 1/25/2008 | Courier Center, Inc | 15.00 |
| 2/6/2008 | Federal Express | 8.03 |

Sub-total Costs: 23.03

| | |
|---|---:|
| Total Current Billing: | 3,585.53 |
| Previous Balance Due: | 13,183.69 |
| Unapplied Cash Application: | 0.00 |
| Payments Since Last Statement: | 0.00 |
| **Total Now Due:** | **16,769.22** |

WCI Communities, Inc.
Christine Green, Esquire
24301 Walden Center Drive
Bonita Springs, FL 34134

March 6, 2008
Invoice No: 60324
File No: 003834-0001

adv Dolphin, LLC

| | |
|---|---:|
| Total Fees | 3,562.50 |
| Total Costs | 23.03 |
| Total Current Billing | 3,585.53 |
| Previous Balance | 13,183.69 |
| Payments Since Last Statement | 0.00 |
| **Total Now Due** | **16,769.22** |

**PLEASE REMIT TO:**
Elk Christu & Bakst, LLP
Sanctuary Centre, Suite 200E
4800 N. Federal Highway
Boca Raton, FL  33431

(561) 368-8800

# Elk Christu & Bakst, LLP

Sanctuary Centre, Suite 200E
4800 N. Federal Highway
Boca Raton, FL 33431
(561) 368-8800

WCI Communities, Inc.
Christine Green, Esquire
24301 Walden Center Drive
Bonita Springs, FL 34134

February 7, 2008
Invoice No: 60078
File No: 003834-0001

adv Dolphin, LLC

**Professional Fees**

| Date | | Description | Hours | Amount |
|------|------|-------------|------|--------|
| 1/11/2008 | ECC | Exchange correspondence with attorney for Dolphin regarding reply brief | 0.20 | 75.00 |
| 1/23/2008 | ECC | Finalize and file Unopposed Motion for Extension of Time to File Witness and Exhibit Lists | 0.50 | 187.50 |
| 1/24/2008 | ECC | Receive and review filings by Dolphin regarding pending summary judgment motion | 0.30 | 112.50 |
| 1/25/2008 | ECC | Receive and review Order on Trial Preparation. Receive and review Plaintiff's Reply regarding summary judgment | 0.60 | 225.00 |
| 1/29/2008 | ECC | Receive and review Dolphin's Initial Disclosures; First Request for Production; First Interrogatories | 0.70 | 262.50 |
| 1/31/2008 | ECC | Receive and review discovery requests from Dolphin | 0.60 | 225.00 |
| | | | Sub-total Fees: | 1,087.50 |

### Fee Summary

| | | | | |
|---|---|---|---|---|
| Eric C. Christu | 2.90 hrs. @ | 375.00 | 1,087.50 | |

**Costs**

| Date | Description | Amount |
|------|-------------|--------|
| 12/10/2007 | West Publishing - Westlaw Online Legal Research | 336.06 |
| 12/11/2007 | West Publishing - Westlaw Online Legal Research | 133.54 |
| | Sub-total Costs: | 469.60 |

| | |
|---|---|
| Total Current Billing: | 1,557.10 |
| Previous Balance Due: | 11,626.59 |
| Unapplied Cash Application: | 0.00 |
| Payments Since Last Statement: | 0.00 |
| **Total Now Due:** | **13,183.69** |

**Westlaw Online Legal Research is billed at actual cost.**

WCI Communities, Inc.
Christine Green, Esquire
24301 Walden Center Drive
Bonita Springs, FL 34134

February 7, 2008
Invoice No: 60078
File No: 003834-0001

adv Dolphin, LLC

| | |
|---|---|
| Total Fees | 1,087.50 |
| Total Costs | 469.60 |
| Total Current Billing | 1,557.10 |
| Previous Balance | 11,626.59 |
| Payments Since Last Statement | 0.00 |
| **Total Now Due** | **13,183.69** |

**PLEASE REMIT TO:**
Elk Christu & Bakst, LLP
Sanctuary Centre, Suite 200E
4800 N. Federal Highway
Boca Raton, FL 33431
(561) 368-8800

# Elk Christu & Bakst, LLP

Sanctuary Centre, Suite 200E
4800 N. Federal Highway
Boca Raton, FL 33431
(561) 368-8800

WCI Communities, Inc.
Christine Green, Esquire
24301 Walden Center Drive
Bonita Springs, FL 34134

January 4, 2008
Invoice No: 59832
File No: 003834-0001

adv Dolphin, LLC

## Professional Fees

| Date | | Description | | |
|------|------|-------------|------|--------|
| 12/6/2007 | ECC | Receive and review Dolphin's Motion for Extension of Time to Respond to our Motion for Summary Judgment. Telephone conversation with Attorney David Pernini regarding response to partial summary judgment | 0.40 | 150.00 |
| 12/11/2007 | ECC | Review Unopposed Motion for Extension of Time regarding responses to summary judgment | 0.10 | 37.50 |
| 12/17/2007 | ECC | Analyze issues regarding opposition to motion for summary judgment and motion to strike evidence | 0.70 | 262.50 |
| 12/20/2007 | ECC | Finalize and file Motion for Enlargement of Time to Response to Dolphin's Cross-Motion for Summary Judgment. Analyze response to summary judgment motion | 1.30 | 487.50 |
| 12/21/2007 | ECC | Receive and review Order from Court regarding enlargement | 0.10 | 37.50 |
| 12/28/2007 | ECC | Finalize and file numerous pleadings | 2.30 | 862.50 |
| | | Sub-total Fees: | | 1,837.50 |

### Fee Summary

| | | | | |
|---|---|---|---|---|
| Eric C. Christu | 4.90 hrs. @ | 375.00 | 1,837.50 | |

## Costs

| | | | |
|---|---|---|---|
| 11/21/2007 | West Publishing - Westlaw Online Legal Research | | 59.09 |
| | Sub-total Costs: | | 59.09 |

## Payments

| | | |
|---|---|---|
| 12/18/2007 | ck#6573 | 2,736.68 |
| | | 2,736.68 |

| | |
|---|---|
| Total Current Billing: | 1,896.59 |
| Previous Balance Due: | 12,466.68 |
| Unapplied Cash Application: | 0.00 |
| Payments Since Last Statement: | 2,736.68 |
| **Total Now Due:** | **11,626.59** |

**Westlaw Online Legal Research is billed at actual cost.**

## REMITTANCE COPY
Return with Payment

WCI Communities, Inc.
Christine Green, Esquire
24301 Walden Center Drive
Bonita Springs, FL 34134

January 4, 2008
Invoice No: 59832
File No: 003834-0001

adv Dolphin, LLC

| | |
|---|---:|
| Total Fees | 1,837.50 |
| Total Costs | 59.09 |
| Total Current Billing | 1,896.59 |
| Previous Balance | 12,466.68 |
| Payments Since Last Statement | 2,736.68 |
| **Total Now Due** | **11,626.59** |

**PLEASE REMIT TO:**
Elk Christu & Bakst, LLP
Sanctuary Centre, Suite 200E
4800 N. Federal Highway
Boca Raton, FL 33431

(561) 368-8800

# Elk Christu & Bakst, LLP

Sanctuary Centre, Suite 200E
4800 N. Federal Highway
Boca Raton, FL 33431
(561) 368-8800

WCI Communities, Inc.
Christine Green, Esquire
24301 Walden Center Drive
Bonita Springs, FL 34134

January 1, 2008
Invoice No: 60937
File No: 003834-0001

adv Dolphin, LLC

**Professional Fees**

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 11/5/2007 | ECC | Receive and review draft mediation summary | 0.70 | 262.50 |
| 11/7/2007 | ECC | Telephone conversations with Mr. Pernini; with mediator regarding mediation and mediation statement | 0.40 | 150.00 |
| 11/8/2007 | ECC | Work on Mediation Summary | 0.70 | 262.50 |
| 11/12/2007 | ECC | Prepare for and attend mediation. Analyze issues regarding summary judgment motions and other pre-trial matters | 7.30 | 2,737.50 |
| 11/13/2007 | ECC | Analyze issues regarding summary judgment motion and pre-trial compliance. Telephone conversation with Mr. Pernini | 0.90 | 337.50 |
| 11/16/2007 | ECC | Receive and review Mediator's Report and statement for services; forward same to client | 0.20 | 75.00 |
| 11/20/2007 | ECC | Telephone conversation with opposing counsel regarding discovery responses. Exchange e-mail regarding same | 0.30 | 112.50 |
| 11/21/2007 | ECC | Finalize Motion for Summary Judgment and related filings. Receive and review discovery responses | 3.10 | 1,162.50 |
| 11/21/2007 | ALQ | Receipt and review od summary judgment for filing; consideration of correspondence with local rules and filing procedures | 0.80 | 220.00 |
| 11/27/2007 | ECC | Receive and review summary judgment filings by Dolphin; forward to client. Exchange e-mail with Attorney David Pernini regarding case status | 1.10 | 412.50 |
| 11/29/2007 | ECC | Receive, review, and analyze court orders; discuss with Attorney David Pernini | 0.50 | 187.50 |

Sub-total Fees: 5,920.00

### Fee Summary

| | | | | |
|---|---|---|---|---|
| Eric C. Christu | 15.20 hrs. @ | 375.00 | 5,700.00 | |
| Alan L. Quiles | 0.80 hrs. @ | 275.00 | 220.00 | |

**Payments**

| | | | |
|---|---|---|---|
| 4/28/2008 | ck#00305955 | | 3,585.53 |

5/12/2008          ck#00307282                                                    1,500.00

                                                                                  5,085.53

|  | |
|---|---|
| Total Current Billing: | 5,920.00 |
| Previous Balance Due: | 5,085.53 |
| Unapplied Cash Application: | 0.00 |
| Payments Since Last Statement: | 5,085.53 |
| **Total Now Due:** | **5,920.00** |

**REMITTANCE COPY**
Return with Payment

WCI Communities, Inc.
Christine Green, Esquire
24301 Walden Center Drive
Bonita Springs, FL 34134

January 1, 2008
Invoice No: 60937
File No: 003834-0001

adv Dolphin, LLC

| | |
|---|---|
| Total Fees | 5,920.00 |
| Total Costs | 0.00 |
| Total Current Billing | 5,920.00 |
| Previous Balance | 5,085.53 |
| Payments Since Last Statement | 5,085.53 |
| **Total Now Due** | **5,920.00** |

**PLEASE REMIT TO:**
Elk Christu & Bakst, LLP
Sanctuary Centre, Suite 200E
4800 N. Federal Highway
Boca Raton, FL 33431

(561) 368-8800

# Elk Christu & Bakst, LLP

Sanctuary Centre, Suite 200E
4800 N. Federal Highway
Boca Raton, FL 33431
(561) 368-8800

WCI Communities, Inc.
c/o Wargo & French LLP
Attn: David M. Perini, Esq.
1170 Peachtree Street NE, #2020
Atlanta, GA 30309

November 8, 2007
Invoice No: 59386
File No: 003834-0001

adv Dolphin, LLC

## Professional Fees

| Date | | Description | | |
|------|------|-------------|------|-------|
| 10/8/2007 | ECC | Further work on complying with court order regarding mediation. Telephone conversation with mediator | 0.30 | 112.50 |
| 10/9/2007 | ECC | Telephone conversation with client regarding case status/strategy | 0.30 | 112.50 |
| 10/16/2007 | ECC | Review, revise, and serve discovery | 0.40 | 150.00 |
| 10/17/2007 | ECC | Finalize, execute, and serve Interrogatories and Request for Production | 0.50 | 187.50 |
| 10/26/2007 | ECC | Exchange e-mails with Joseph Ianno, Esq. regarding mediation of three WCI cases | 0.20 | 75.00 |
| | | | Sub-total Fees: | 637.50 |

### Fee Summary

Eric C. Christu    1.70 hrs. @   375.00     637.50

## Costs

| Date | Description | Amount |
|------|-------------|--------|
| 10/17/2007 | Courier Center, Inc | 20.00 |
| | Sub-total Costs: | 20.00 |

| | |
|---|---|
| Total Current Billing: | 657.50 |
| Previous Balance Due: | 3,649.18 |
| Unapplied Cash Application: | 0.00 |
| Payments Since Last Statement: | 0.00 |
| **Total Now Due:** | **4,306.68** |

**REMITTANCE COPY**
Return with Payment

WCI Communities, Inc.
c/o Wargo & French LLP
Attn: David M. Perini, Esq.
1170 Peachtree Street NE, #2020
Atlanta, GA 30309

adv Dolphin, LLC

November 8, 2007
Invoice No: 59386
File No: 003834-0001

| | |
|---|---:|
| Total Fees | 637.50 |
| Total Costs | 20.00 |
| Total Current Billing | 657.50 |
| Previous Balance | 3,649.18 |
| Payments Since Last Statement | 0.00 |
| **Total Now Due** | **4,306.68** |

**PLEASE REMIT TO:**
Elk Christu & Bakst, LLP
Sanctuary Centre, Suite 200E
4800 N. Federal Highway
Boca Raton, FL 33431

(561) 368-8800

# Elk Christu & Bakst, LLP

Sanctuary Centre, Suite 200E
4800 N. Federal Highway
Boca Raton, FL 33431
(561) 368-8800

WCI Communities, Inc.
c/o Wargo & French LLP
Attn: David M. Perini, Esq.
1170 Peachtree Street NE, #2020
Atlanta, GA 30309

October 5, 2007
Invoice No: 59075
File No: 003834-0001

adv Dolphin, LLC

## Professional Fees

| Date | | Description | | |
|------|-----|-------------|------|--------|
| 9/17/2007 | ECC | Research regarding motion to strike | 0.30 | 112.50 |
| 9/17/2007 | ALQ | Preparation of correspondence to client regarding status | 0.60 | 165.00 |
| 9/20/2007 | ECC | Research regarding correspondence from HS counsel regarding mediation | 0.20 | 75.00 |
| 9/24/2007 | ECC | Prepare correspondence regarding mediation | 0.30 | 112.50 |
| 9/25/2007 | ECC | Finalize and file motion for extension of time to respond to motion to strike. Telephone calls to set up mediation | 0.60 | 225.00 |
| 9/27/2007 | ECC | Work on setting up mediation | 0.30 | 112.50 |
| 9/27/2007 | ALQ | Consideration of status and issues no amendment to complaint | 0.40 | 110.00 |
| | | Sub-total Fees: | | 912.50 |

### Fee Summary

| | | | | |
|---|---|---|---|---|
| Eric C. Christu | 1.70 hrs. @ | 375.00 | 637.50 | |
| Alan L. Quiles | 1.00 hrs. @ | 275.00 | 275.00 | |

| | |
|---|---|
| Total Current Billing: | 912.50 |
| Previous Balance Due: | 2,736.68 |
| Unapplied Cash Application: | 0.00 |
| Payments Since Last Statement: | 0.00 |
| Total Now Due: | 3,649.18 |

## REMITTANCE COPY
### Return with Payment

WCI Communities, Inc.
c/o Wargo & French LLP
Attn: David M. Perini, Esq.
1170 Peachtree Street NE, #2020
Atlanta, GA 30309

adv Dolphin, LLC

October 5, 2007
Invoice No: 59075
File No: 003834-0001

| | |
|---|---|
| Total Fees | 912.50 |
| Total Costs | 0.00 |
| Total Current Billing | 912.50 |
| Previous Balance | 2,736.68 |
| Payments Since Last Statement | 0.00 |
| **Total Now Due** | **3,649.18** |

### PLEASE REMIT TO:
Elk Christu & Bakst, LLP
Sanctuary Centre, Suite 200E
4800 N. Federal Highway
Boca Raton, FL  33431

(561) 368-8800

# Elk Christu & Bakst, LLP

Sanctuary Centre, Suite 200E
4800 N. Federal Highway
Boca Raton, FL 33431
(561) 368-8800

WCI Communities, Inc.
c/o Wargo & French LLP
Attn: David M. Perini, Esq.
1170 Peachtree Street NE, #2020
Atlanta, GA 30309

September 5, 2007
Invoice No: 58761
File No: 003834-0001

adv Dolphin, LLC

## Professional Fees

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 8/3/2007 | ALQ | Exchange correspondence with client regarding local rules | 0.50 | 137.50 |
| 8/17/2007 | ECC | Receive and review order denying motion to dismiss; forward to client | 0.20 | 75.00 |
| 8/21/2007 | ECC | Receive and review Notice of Filing of Action; forward to co-counsel Pernini | 0.20 | 75.00 |
| 8/30/2007 | ECC | Receive and review draft Answer and Defenses | 0.40 | 150.00 |
| | | Sub-total Fees: | | 437.50 |

### Fee Summary

| | | | |
|---|---|---|---|
| Eric C. Christu | 0.80 hrs. @ | 375.00 | 300.00 |
| Alan L. Quiles | 0.50 hrs. @ | 275.00 | 137.50 |

## Costs

| Date | Description | Amount |
|------|-------------|--------|
| 7/30/2007 | West Publishing - Westlaw Online Legal Research | 69.18 |
| | Sub-total Costs: | 69.18 |

| | |
|---|---|
| Total Current Billing: | 506.68 |
| Previous Balance Due: | 2,230.00 |
| Unapplied Cash Application: | 0.00 |
| Payments Since Last Statement: | 0.00 |
| **Total Now Due:** | **2,736.68** |

**Westlaw Online Legal Research is billed at actual cost.**



WCI Communities, Inc.
c/o Wargo & French LLP
Attn: David M. Perini, Esq.
1170 Peachtree Street NE, #2020
Atlanta, GA 30309

adv Dolphin, LLC

September 5, 2007
Invoice No: 58761
File No: 003834-0001

| | |
|---|---|
| Total Fees | 437.50 |
| Total Costs | 69.18 |
| Total Current Billing | 506.68 |
| Previous Balance | 2,230.00 |
| Payments Since Last Statement | 0.00 |
| **Total Now Due** | **2,736.68** |

**PLEASE REMIT TO:**
Elk Christu & Bakst, LLP
Sanctuary Centre, Suite 200E
4800 N. Federal Highway
Boca Raton, FL 33431

(561) 368-8800

# Elk Christu & Bakst, LLP

Sanctuary Centre, Suite 200E
4800 N. Federal Highway
Boca Raton, FL 33431
(561) 368-8800

WCI Communities, Inc.
c/o Wargo & French LLP
Attn: David M. Perini, Esq.
1170 Peachtree Street NE, #2020
Atlanta, GA 30309

August 2, 2007
Invoice No: 58386
File No: 003834-0001

adv Dolphin, LLC

## Professional Fees

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 7/2/2007 | ECC | Review filing regarding motion for extension | 0.30 | 112.50 |
| 7/10/2007 | ALQ | Telephone call with co-counsel regarding reply | 0.20 | 55.00 |
| 7/11/2007 | ALQ | Telephone call with opposing counsel and J.A. regarding reply | 0.40 | 110.00 |
| 7/20/2007 | ALQ | Receipt and revise of complaint; read contracts and exhibits, email and other matters | 2.90 | 797.50 |
| 7/24/2007 | ALQ | Preparation of correspondence to client regarding documents and consideration of litigation strategy | 0.60 | 165.00 |
| 7/25/2007 | ALQ | Receipt and review of contracts, emails, club documents, police reports, emails from client; consideration of litigation strategy in light of documents received | 3.60 | 990.00 |

Sub-total Fees: 2,230.00

### Fee Summary

| | | | | |
|---|---|---|---|---|
| Eric C. Christu | 0.30 hrs. @ | 375.00 | | 112.50 |
| Alan L. Quiles | 7.70 hrs. @ | 275.00 | | 2,117.50 |

## Payments

| | | |
|---|---|---|
| 7/11/2007 | ck#6069 | 2,025.00 |
| | | 2,025.00 |

| | |
|---|---|
| Total Current Billing: | 2,230.00 |
| Previous Balance Due: | 2,025.00 |
| Unapplied Cash Application: | 0.00 |
| Payments Since Last Statement: | 2,025.00 |
| **Total Now Due:** | **2,230.00** |

**REMITTANCE COPY**
Return with Payment

WCI Communities, Inc.
c/o Wargo & French LLP
Attn: David M. Perini, Esq.
1170 Peachtree Street NE, #2020
Atlanta, GA 30309

adv Dolphin, LLC

August 2, 2007
Invoice No: 58386
File No: 003834-0001

| | |
|---|---|
| Total Fees | 2,230.00 |
| Total Costs | 0.00 |
| Total Current Billing | 2,230.00 |
| Previous Balance | 2,025.00 |
| Payments Since Last Statement | 2,025.00 |
| **Total Now Due** | **2,230.00** |

**PLEASE REMIT TO:**
Elk Christu & Bakst, LLP
Sanctuary Centre, Suite 200E
4800 N. Federal Highway
Boca Raton, FL 33431

(561) 368-8800

# Elk Christu & Bakst, LLP

Sanctuary Centre, Suite 200E
4800 N. Federal Highway
Boca Raton, FL 33431
(561) 368-8800

WCI Communities, Inc.
c/o Wargo & French LLP
Attn: David M. Perini, Esq.
1170 Peachtree Street NE, #2020
Atlanta, GA 30309

July 5, 2007
Invoice No: 58195
File No: 003834-0001

adv Dolphin, LLC

## Professional Fees

| Date | | Description | Hours | Amount |
|------|-----|-------------|-------|--------|
| 6/22/2007 | ECC | Receive and review Plaintiff's Memorandum of Law in Opposition to Motion to Dismiss; forward to co-counsel | 0.50 | 187.50 |
| 6/29/2007 | ECC | Finalize and file motion for extension of time. Receive and review e-file confirmation of receipt | 0.40 | 150.00 |
| | | | Sub-total Fees: | 337.50 |

### Fee Summary

| | | | | |
|---|---|---|---|---|
| Eric C. Christu | 0.90 hrs. @ | 375.00 | 337.50 | |

| | |
|---|---|
| Total Current Billing: | 337.50 |
| Previous Balance Due: | 1,687.50 |
| Unapplied Cash Application: | 0.00 |
| Payments Since Last Statement: | 0.00 |
| **Total Now Due:** | **2,025.00** |

**REMITTANCE COPY**
Return with Payment

WCI Communities, Inc.
c/o Wargo & French LLP
Attn: David M. Perini, Esq.
1170 Peachtree Street NE, #2020
Atlanta, GA 30309

adv Dolphin, LLC

July 5, 2007
Invoice No: 58195
File No: 003834-0001

| | |
|---|---|
| Total Fees | 337.50 |
| Total Costs | 0.00 |
| Total Current Billing | 337.50 |
| Previous Balance | 1,687.50 |
| Payments Since Last Statement | 0.00 |
| **Total Now Due** | **2,025.00** |

**PLEASE REMIT TO:**
Elk Christu & Bakst, LLP
Sanctuary Centre, Suite 200E
4800 N. Federal Highway
Boca Raton, FL 33431

(561) 368-8800

# Elk Christu & Bakst, LLP

Sanctuary Centre, Suite 200E
4800 N. Federal Highway
Boca Raton, FL 33431
(561) 368-8800

WCI Communities, Inc.
c/o Wargo & French LLP
Attn: David M. Perini, Esq.
1170 Peachtree Street NE, #2020
Atlanta, GA 30309

June 5, 2007
Invoice No: 57903
File No: 003834-0001

adv Dolphin, LLC

## Professional Fees

| Date | | Description | | |
|------|------|-------------|------|--------|
| 5/11/2007 | ECC | Receive and review Amended Complaint and Order regarding Motion to Dismiss; forward same to client | 0.50 | 187.50 |
| 5/22/2007 | ECC | Exchange correspondence with co-counsel regarding filing of motion to dismiss; analyze same | 0.50 | 187.50 |
| 5/24/2007 | ECC | Receive and review Scheduling Order | 0.30 | 112.50 |
| 5/29/2007 | ECC | Receive, review, and file Motion to Dismiss Amended Complaint and supporting Memorandum of Law | 0.70 | 262.50 |
| | | | Sub-total Fees: | 750.00 |

### Fee Summary

| | | | | |
|---|---|---|---|---|
| Eric C. Christu | 2.00 hrs. @ | 375.00 | 750.00 | |

| | |
|---|---|
| Total Current Billing: | 750.00 |
| Previous Balance Due: | 937.50 |
| Unapplied Cash Application: | 0.00 |
| Payments Since Last Statement: | 0.00 |
| **Total Now Due:** | **1,687.50** |

**REMITTANCE COPY**
Return with Payment

WCI Communities, Inc.
c/o Wargo & French LLP
Attn: David M. Perini, Esq.
1170 Peachtree Street NE, #2020
Atlanta, GA 30309

adv Dolphin, LLC

June 5, 2007
Invoice No:  57903
File No:  003834-0001

| | |
|---|---:|
| Total Fees | 750.00 |
| Total Costs | 0.00 |
| Total Current Billing | 750.00 |
| Previous Balance | 937.50 |
| Payments Since Last Statement | 0.00 |
| **Total Now Due** | **1,687.50** |

**PLEASE REMIT TO:**
Elk Christu & Bakst, LLP
Sanctuary Centre, Suite 200E
4800 N. Federal Highway
Boca Raton, FL  33431

(561) 368-8800

# Elk Christu & Bakst, LLP

Sanctuary Centre, Suite 200E
4800 N. Federal Highway
Boca Raton, FL 33431

## REMINDER STATEMENT OF ACCOUNT
June 05, 2007

WCI Communities, Inc.
c/o Wargo & French LLP
Attn: David M. Perini, Esq.
1170 Peachtree Street NE, #2020
Atlanta, GA 30309

**003834-0001**

**WCI Communities, Inc.**
**adv Dolphin, LLC**

| Date | Stmn No. | Amount | Paid | Balance |
|------|----------|--------|------|---------|
| 5/4/2007 | 57615 | 937.50 | 0.00 | 937.50 |
| 6/5/2007 | 57903 | 750.00 | 0.00 | 750.00 |
| | | | **Total Now Due:** | **1,687.50** |